# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH J. BONA,<br><br>      Defendant. | Case No. 18-MC-25-JPS<br><br>**ORDER** |

On November 26, 2018, Plaintiff filed a notice of dismissal of this action. (Docket #14). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, because the notice is silent on the matter of prejudice, the Court must dismiss the case without prejudice. *Id.* 41(a)(1)(B).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 27th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge